Christopher Williams, ISB No. 9827
**Kootenai Bankruptcy, PLLC**
8475 N. Government Way #101
Hayden, ID 83835
Ph: 208.719.0232
Chris@KootenaiBankruptcy.com

Attorney for Debtor, Chapter 7

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>RIEKENA, AMANDA MARIE,<br><br>Debtor. | Case No. 26-20041-NGH<br><br>Chapter 7<br><br>NOTICE OF HEARING |

PLEASE TAKE NOTICE that on February 10, 2026 at 9:00 am Pacific Standard time, 10:00 Mountain Standard Time, or as soon thereafter as may be heard, a Hearing on Motion to Enforce the Automatic Stay and for Sanctions. **[Doc. No. 15]** and Notice to Shorten Time **[Doc. No. 16]** shall be held by Telephone Conference. The Courts Personal Conference Number: 1-669-254-5252, Access Number 160-5422-0978, the Honorable Noah Hillen, presiding.

DATED: February 6, 2026

KOOTENAI BANKRUPTCY

/s/ Christopher Williams
Christopher Williams, Attorney for Debtor