# EXHIBIT 1

Electronically Filed
2/2/2026 5:29 PM
First Judicial District, Kootenai County
Jennifer Locke, Clerk of the Court
By: Calvin Graham, Deputy Clerk

Christopher Williams, ISB No. 9827
**Kootenai Bankruptcy**
8475 N Government Way, #101
Hayden, Idaho 83835
Ph: 208.719-0232
Chris@KootenaiBankruptcy.com

**IN THE MAGISTRATE COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI**

| | |
|---|---|
| AMANDA RIEKENA<br><br>Petitioner,<br>vs.<br><br>ZACHARY RIEKENA<br><br>Respondent | **Case No.: CV28-24-8457**<br><br>**NOTICE OF BANKRUPTCY FILING** |

NOTICE IS GIVEN that the Petitioner, AMANDA RIEKENA, filed for relief under Chapter 7 of the Bankruptcy Code on February 2, 2026, Case No. 26-20041 in the District of Idaho Bankruptcy Court. Respondent was listed as a creditor on the bankruptcy petition. Attorney, Christopher Williams, is not making a general appearance in this case.

DATED: February 2, 2026

Kootenai Bankruptcy, PLLC

By: __/s/Christopher Williams__
Christopher Williams,
Attorney for Amanda Riekena

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on February 2, 2026, I caused a true and correct copy of the foregoing document to be delivered by the method indicated below and to the following:

| | | |
|---|---|---|
| Kourtney Jones | [✓] | iCourt |
| Attorney for Respondent | | |
| Safa Riadh | [✓] | iCourt |
| Attorney for Petitioner | | |

BY: /s/ Christopher Williams