# EXHIBIT 2

Gmail

Christopher Williams <chris@kootenaibankruptcy.com>

## Filing Accepted for Case: CV28-24-8457; **********; Envelope Number: 9374256

1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud> Wed, Feb 4, 2026 at 12:59 PM
To: Chris@kootenaibankruptcy.com

iCourt E-FILE

# Filing Accepted

Envelope Number: 9374256
Case Number: CV28-24-8457
Case Style: **********

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Kootenai County |
| **Case Number** | CV28-24-8457 |
| **Case Style** | ********** |
| **Date/Time Submitted** | 2/2/2026 5:29 PM PST |
| **Date/Time Accepted** | 2/4/2026 12:59 PM PST |
| **Accepted Comments** | |
| **Filing Type** | Notice of Bankruptcy Filed |
| **Filing Description** | |
| **Activity Requested** | EFileAndServe |
| **Filed By** | Christopher Williams |
| **Filing Attorney** | Christopher Williams |

| Document Details | |
|---|---|
| **Lead Document** | 2026.02.02 Riekena notice of BK.pdf |
| **Lead Document Page Count** | 2 |
| **File Stamped Copy** | Download Document |
| This link is active for 548 days. To access this document, you will be required to enter your email address. Click here for more information. | |

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

iCourt E-FILE

Service Provider: Tyler Technologies Odyssey File and Serve Need Help?
Visit: https://idaho.tylertech.cloud/contacts.htm
Email: efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.