# EXHIBIT 3

Gmail

**Christopher Williams <chris@kootenaibankruptcy.com>**

## Fwd: Notification of Service for Case: CV28-24-8457, ********** for filing Proposed Order, Envelope Number: 9375090

1 message

**Valiant Law** <servevaliantlaw@gmail.com> Thu, Feb 5, 2026 at 3:04 PM
To: chris@kootenaibankruptcy.com

---------- Forwarded message ---------
From: <no-reply@efilingmail.tylertech.cloud>
Date: Tue, Feb 3, 2026 at 12:25 AM
Subject: Notification of Service for Case: CV28-24-8457, ********** for filing Proposed Order, Envelope Number: 9375090
To: <servevaliantlaw@gmail.com>

iCourt E-FILE

# Notification of Service

Case Number: CV28-24-8457
Case Style: **********
Envelope Number: 9375090

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | CV28-24-8457 |
| **Case Style** | ********** |
| **Date/Time Submitted** | 2/3/2026 12:23 AM PST |
| **Filing Type** | Proposed Order |
| **Filing Description** | Order for Entry of Default Judgment |
| **Filed By** | Bolton Admin |
| **Service Contacts** | :<br><br>Safa Riadh (servevaliantlaw@gmail.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 548 days. To access this document, you will be required to enter your email address. Click here for more information. | |