# EXHIBIT 4

**Kourtney L. Jones, ISBN: 12134**
**BOLTON LAW, PLLC**
111 N. 7th St., #3386
Coeur d'Alene, ID 83816
Telephone: (208) 306-3360
Facsimile: (208) 519-3974
reception@kjboltonlaw.com

**Attorneys for Respondent**

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| AMANDA M. RIEKENA,<br><br>Petitioner,<br><br>vs.<br><br>ZACHARY T. RIEKENA,<br><br>Respondent. | CASE NO. CV28-24-8457<br><br>**ORDER FOR ENTRY OF DEFAULT JUDGMENT** |

THIS MATTER having come before the undersigned at a hearing on the 2nd day of February 2026, and pursuant to Counsel for Respondent's Motion for Sanctions, 01/1/2026; NOW THEREFORE

IT IS HEREBY ORDERED that default is entered against Petitioner, AMANDA M. RIEKENA, as it relates to the property and debt division in the above-entitled case and the Court shall consider the proposed Partial Judgment submitted for signature.

Dated: ___________________.

___________________________
Honorable Mayli Walsh
Magistrate Judge

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Safa M. Riadh<br>VALIANT LAW<br>924 Sherman Ave.<br>Coeur d'Alene, ID 83814<br>Servevaliantlaw@gmail.com | ☐ E-SERVICE |
| Kourtney L. Jones<br>BOLTON LAW, PLLC<br>111 N. 7th St., #3386<br>Coeur d'Alene, ID 83816<br>reception@kjboltonlaw.com | ☐ E-SERVICE |

Dated: ______________________.

JENNIFER LOCKE
CLERK OF THE DISTRICT COURT

_________________________________
DEPUTY CLERK