# EXHIBIT 7

**Safa Riadh**

| | |
|---|---|
| **From:** | Kourtney Jones <kourtney@kjboltonlaw.com> |
| **Sent:** | Tuesday, February 3, 2026 10:42 AM |
| **To:** | Wanda Butler |
| **Cc:** | Safa Riadh; Judy Parmer; Alicia Taing |
| **Subject:** | Re: CV28-24-8457, Riekena v. Riekena |

Good morning Wanda,
I wanted to key you into the proposed orders that were filed last night (envelope #9375090). These were filed quickly due to notification of Petitioner's intent to file bankruptcy; I realize this morning that there was a formal notice filed herein at approximately 5:30 p.m. last night. However, in light of the Court's Oral ruling that pre-dates the notice of bankruptcy, it is our hope that the Court will review the files for signature today.

If the Court is unable to do so, I imagine we will discuss them at our pretrial conference set for tomorrow afternoon.

Thank you in advance,

BOLTON LAW
PLLC

*Kourtney Jones*
**Associate Attorney**
Bolton Law PLLC
Phone: (208) 306-3360
Fax: (208) 519-3974
111 N. 7th St. #3386
Coeur d'Alene, ID 83816
www.kjboltonlaw.com

The information contained in this e-mail is confidential and may also contain attorney-client privileged information and/or attorney work product. The information contained herein is intended solely for the use of the individual or entity referenced. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication or any attachments hereto is strictly prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail or by calling (208) 306-3360, and delete and/or destroy the original message. Thank you.

---

**From:** Alicia Taing <Alicia@kjboltonlaw.com>
**Sent:** Thursday, January 15, 2026 3:01 PM
**To:** Wanda Butler <wbutler@kootenai.idcourts.gov>
**Cc:** Kourtney Jones <kourtney@kjboltonlaw.com>; Safa Riadh <safa@lawyercda.com>; Judy Parmer <judy@lawyercda.com>
**Subject:** RE: CV28-24-8457, Riekena v. Riekena

Thank you very much!

*Alicia L. Taing*
**Paralegal**