# EXHIBIT 8

**Safa Riadh**

| | |
|---|---|
| **From:** | Safa Riadh |
| **Sent:** | Tuesday, February 3, 2026 11:00 AM |
| **To:** | 'Kourtney Jones'; Wanda Butler |
| **Cc:** | Judy Parmer; Alicia Taing |
| **Subject:** | RE: CV28-24-8457, Riekena v. Riekena |

Good morning:

I need to voice an objection to proceeding this way. Without fully briefing this issue in this email, I believe the Court proceeding with executing the order for default or default judgment would violate ll U.S.C.A. Section 362, the automatic stay. Thank you.

Safa Michael Riadh
Attorney at Law
VALIANT LAW
208-667-5437
Physical: 3568 Industrial Loop
Coeur d'Alene, ID 83815
Mailing address is P.O. Box 1163
Coeur d'Alene, ID 83816-1163
***The information contained in this email is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity listed above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the email in error, please immediately notify us by reply email or telephone at 208-667-5437, and delete/destroy the original message. Thank you.***

**From:** Kourtney Jones <kourtney@kjboltonlaw.com>
**Sent:** Tuesday, February 3, 2026 10:42 AM
**To:** Wanda Butler <wbutler@kootenai.idcourts.gov>
**Cc:** Safa Riadh <safa@lawyercda.com>; Judy Parmer <judy@lawyercda.com>; Alicia Taing <Alicia@kjboltonlaw.com>
**Subject:** Re: CV28-24-8457, Riekena v. Riekena

Good morning Wanda,
I wanted to key you into the proposed orders that were filed last night (envelope #9375090). These were filed quickly due to notification of Petitioner's intent to file bankruptcy; I realize this morning that there was a formal notice filed herein at approximately 5:30 p.m. last night. However, in light of the Court's Oral ruling that pre-dates the notice of bankruptcy, it is our hope that the Court will review the files for signature today.

If the Court is unable to do so, I imagine we will discuss them at our pretrial conference set for tomorrow afternoon.

Thank you in advance,