# EXHIBIT 12

Filed:02/12/2026 06:04:43
First Judicial District, Kootenai County
Jennifer Locke, Clerk of the Court
By: Deputy Clerk - Godzien, Cassie

**Kourtney L. Jones, ISBN: 12134**
**BOLTON LAW, PLLC**
111 N. 7th St., #3386
Coeur d'Alene, ID 83816
Telephone: (208) 306-3360
Facsimile: (208) 519-3974
reception@kjboltonlaw.com

**Attorneys for Respondent**

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| AMANDA M. RIEKENA,<br><br>Petitioner,<br><br>vs.<br><br>ZACHARY T. RIEKENA,<br><br>Respondent. | CASE NO. CV28-24-8457<br><br>**ORDER FOR SANCTIONS** |

THIS MATTER having come before the undersigned with respect to Respondent's *Motion for Sanctions*, 01/19/2026, and *Declaration of Counsel in Support of Respondent's Motion for Sanctions*, 01/19/2026; The matter was decided at hearing on the 2nd day of February, 2026. The Court having reviewed the files herein, and good cause appearing; now therefore;

IT IS HEREBY ORDERED Respondent's *Motion for Sanctions* is GRANTED.

IT IS FURTHER ORDERED that default is entered against Petitioner, AMANDA M. RIEKENA, as it relates to the property and debt division.

IT IS FURTHER ORDRERED that the facts in paragraphs XVIII, XIX, XX, XXI, XXII, XXIII, XXIV, XXV, XVI, and XXVII Respondent's Amended Answer and Counterclaim, filed February 3, 2026, are established.

IT IS FURTHER ORDERED that Respondent, ZACHARY T. RIEKENA, shall be awarded his attorney's fees and costs as it relates to the *Motion for Sanctions*, pursuant to Idaho Rules of Family Law Procedure 417.

Dated: **2/3/2026 2:28:13 PM**

\# 338

Honorable Mayli Walsh
Magistrate Judge

**CLERK'S CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Safa M. Riadh
VALIANT LAW
924 Sherman Ave.
Coeur d'Alene, ID 83814
Servevaliantlaw@gmail.com

☒ E-SERVICE

Kourtney L. Jones
BOLTON LAW, PLLC
111 N. 7th St., #3386
Coeur d'Alene, ID 83816
reception@kjboltonlaw.com

☒ E-SERVICE

Dated: **2/12/2026 6:03:57 AM**.

JENNIFER LOCKE
CLERK OF THE DISTRICT COURT

Cassie [signature]
DEPUTY CLERK