**Minutes – Day 1 - Evidentiary Hearing – CASE NO. 26-20041-BRW**

**IN RE: Amanda Marie Riekena**

# United States Bankruptcy Court

Judge: Brent R. Wilson

Courtroom Deputy: Lynette Parson

Date: May 12, 2026 Place: Coeur d'Alene, ID

Time: 10:00 a.m. – 5:00 p.m. Total Time in Court: 5 hrs. 42 mins.

Recesses Taken: 11-11:07; 12:37-1:30; 2:16-2:24; 3:20-3:30

Hearing on:

- Debtor's Amended Motion to Enforce Automatic Stay (Doc. 37, Amending Doc. 15)
- Opposing Parties' Motion to Dismiss, Abstain, or Retroactively Annul Automatic Stay (Doc. 55)

Appearances: Christopher Williams for Debtor; Steven Taggart for Bolton Law; Tecla Druffel for Kourtney Jones; Jeffrey Andrews for Tannar Riekena

Preliminary matters taken up. Counsel for both parties stipulate to the admission of Movant's Exhibits 100-115, and to Opposing Parties' Exhibits 200-216 and 219-228.

**Witnesses called:**

Safa Riadh

Amanda Riekena

Kourtney Jones

Zachary Tanner Riekena

**Exhibits other than those stipulated to and admitted previously:**

217, 218, 239, 241, 242

Court adjourned at 5:00 with witness Zachary Tanner Riekena on the stand. Court to reconvene tomorrow (May 13, 2026) at 9:00 a.m.