**Minutes – Day 2 - Evidentiary Hearing – CASE NO. 26-20041-BRW**

**IN RE: Amanda Marie Riekena**

# United States Bankruptcy Court

Judge: Brent R. Wilson

Courtroom Deputy: Lynette Parson

Date: May 13, 2026 Place: Coeur d'Alene, ID

Time: 9:00 – 12:00 (Total Time in Court 2 hrs. 33 mins)

Recesses: 10:06 – 10:20; 11:17-11:30

Appearances: Christopher Williams for Debtor; Steven Taggart for Bolton Law; Tecla Druffel for Kourtney Jones; Jeffrey Andrews for Tannar Riekena

CONTINUED Evidentiary Hearing on:

- Debtor's Amended Motion to Enforce Automatic Stay (Doc. 37, Amending Doc. 15)
- Opposing Parties' Motion to Dismiss, Abstain, or Retroactively Annul Automatic Stay (Doc. 55)

**Witnesses called:**

Zachary Tanner Riekena

Debtor rests at 10:23 a.m.; Opposing parties rest at 10:24 a.m.

**Rebuttal Witnesses called by Mr. Williams:**

Amanda Riekena

Safa Riadh

**Rebuttal Witnesses called by Opposing Parties:**

Kourtney Jones

**Exhibits other than those stipulated to and admitted previously:**

117, 229-237, 243

Closing of the evidentiary record at 11:52 a.m. The parties agree to submit closing briefs on or before May 27, 2026. No replies will be made. After briefing is received by the court, the matter will be taken under advisement.