Christopher Williams, ISB No. 9827
**KOOTENAI BANKRUPTCY**
8475 N Government Way, #101
Hayden, Idaho 83835
Ph: 208.719-0232
Chris@KootenaiBankruptcy.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: | Case No. 26-20041-BRW |
| AMANDA RIEKENA | Chapter 7 |
| Debtor. | REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

COMES NOW, Debtor AMANDA RIEKENA (hereinafter "Debtor"), by and through her counsel Christopher S. Williams of Kootenai Bankruptcy and hereby requests that the Clerk of the United States Bankruptcy Court for the District of Idaho issue a Writ of Execution pursuant to Federal Rule of Civil Procedure 69, made applicable by Federal Rules of Bankruptcy Procedure 7069 and 9014(c)(1), and in support states as follows:

1. On August 7, 2026, this court entered its Summary Order RE: Attorney's Fees Request [Doc. No. 94] against Bolton Law, PLLC ("Bolton Law") in the principal amount of $30,704.76.
2. Pursuant to Federal Rules of Bankruptcy Procedure 7062 and 9014, the fourteen (14) day stay on enforcement of the Summary Order expired on August 21, 2026.
3. Amanda Riekena sent a demand for payment by and through her attorney on August 10, 2026 requesting payment of the full judgment be made no later than August 24, 2026.

4. Given Bolton Law's Notice of Appeal filed August 12, 2026 [Doc. No. 96] and their Motion to Stay Summary Order RE: Attorney's Fees and Request and Subsequent Filings and Approve other Security filed on August 26, 2026 [Doc. No. 102], Amanda Riekena did not move forward with forced collection.
5. This Court denied Bolton Law's Motion to Stay in a Summary Order filed September 25, 2026. [Doc. No. 120].
6. No stay pending appeal has been granted by this Court, nor any supersedeas bond or alternative security has been approved pursuant to FRCP 62(b).
7. Amanda Riekena made a second demand for payment by and through her attorney on September 25, 2026 demanding payment be made no later than 5 PM PST on September 28, 2026.
8. Bolton Law has not responded to Amanda Riekena's demand as of the filing of this Request.
9. Bolton Law has not paid any money owed to Amanda Riekena under the Court's judgments. [Doc. Nos. 85 & 94].
10. The total unpaid principal amount of the judgment remains $30,704.76, plus statutory post-judgment interest accruing daily at the rate of 4.08% per annum pursuant to 28 USC § 1961 from August 7, 2026, until satisfied in full.

WHEREFORE, Debtor respectfully requests the Clerk of the Court issue a Writ of Execution directed to the United States Marshal for the District of Idaho to enforce and collect the judgment.

DATED: September 29, 2026

KOOTENAI BANKRUPTCY

/s/ Christopher Williams________________
Christopher Williams, Attorney for Debtor

## CERTIFICATE OF SERVICE

I CERTIFY that on September 29, 2026, I filed the REQUEST FOR ISSUANCE OF WRIT OF EXECUTION causing the following CM/ECF registered participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

| | |
|---|---|
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Chapter 7 Trustee, Tim Kurtz | trk@kurtztrustee.com |
| Safa Michael Riadh | safa@lawyercda.com |
| James Justin May on behalf of Trustee Timothy R. Kurtz | jjm@johnsonmaylaw.com |
| Jeffrey H. Andrews on behalf of non-filing spouse Anthony Tannar Riekena | jeffandrewslaw@yahoo.com |
| Tecla Elizabeth Druffel on behalf of Kourtney Jones | tecla@tec-law.net |
| Steven L. Taggert on behalf of Bolton Law, PLLC | staggart@olsentaggart.com |

DATED: September 29, 2026

KOOTENAI BANKRUPTCY

/s/ Christopher Williams________________
Christopher Williams, Attorney for Debtor