**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>AMANDA RIEKENA<br><br>Debtor. | Case No. 26-20041-BRW<br><br>Chapter 7<br><br>WRIT OF EXECUTION TO THE UNITED STATES MARSHAL |

Name and Address of Judgment Creditor:
Amanda Riekena
2813 Hidden Forest Dr.
McKinney, TX 75070.

Name and Address of Judgment Debtor:
Bolton Law, PLLC
2317 N. Merritt Creek Loop
Coeur d'Alene, ID 83814

Amount of Judgment: $30,704.76 plus statutory interest.

Other Costs:

Date of Entry of Judgment: August 7, 2026

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF IDAHO: You are directed to levy upon the property of the above-named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR: You are notified that federal and state exemptions may be available to you and that you have the right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

________________________ ________________________________
Date Clerk of the Bankruptcy Court