FILED
OCT 27 2026

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>AMANDA MARIE RIEKENA,<br><br>Debtor. | BAP No. ID-26-1194<br><br>Bk. No. 26-20041-BRW |
| BOLTON LAW, PLLC,<br>Appellant,<br>v.<br><br>AMANDA MARIE RIEKENA; TIMOTHY R. KURTZ, Chapter 7 Trustee; ZACHARY TANNAR RIEKENA; KOURTNEY JONES,<br>Appellees. | **ORDER DISMISSING APPEAL** |

Before: BRAND, NIEMANN, and GAN, Bankruptcy Judges.

On October 9, 2026, the parties filed a stipulated motion to dismiss the appeal. *See* Fed. R. Bankr. P. 8023.

The motion is GRANTED, and this appeal is ORDERED DISMISSED. Each party must bear its own fees and costs on appeal.

BAP NO. ID-26-1194

DEBTOR: AMANDA MARIE RIEKENA

RE: ORDER OF DISMISSAL

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Cecil Lizandro Silva, Deputy Clerk
**Date:** October 27, 2026